David W. Freese, WSBA No. 5629
Attorney at Law
18604 76th Ave. W.
Edmonds, WA 98026
(425) 776-9171

The Honorable Thomas T. Glover
United States Bankruptcy Judge

Chapter 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>**ROBERT J. HUNT**<br><br>Debtor. | IN PROCEEDINGS UNDER CH. 13<br><br>NO. 09-13469<br><br>ORDER GRANTING VOLUNTARY DISMISSAL |

**O R D E R**

THIS MATTER having come on regularly for a hearing by this Court and the Court being fully advised in the premises, now therefore, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the petition herein and this case be, and hereby are, DISMISSED.

DONE IN OPEN COURT this          day of

_____
Thomas T. Glover
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

Presented by:

      /s/     David W. Freese     
David W. Freese, WSBA No. 5629
Attorney for Debtor

ORDER DISMISSING PETITION AND CASE - 1

David W. Freese, J.D., LL.M.
WSBA No. 5629
18604 76th Ave. W.
Edmonds, WA 98026
(425) 776-9171/ (fax) 672-7019